# MAYER·BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel +1 202 263 3000
Main Fax +1 202 263 3300
www.mayerbrown.com

**Charles Rothfeld**
Direct Tel +1 202 263 3233
Direct Fax +1 202 263 5233
crothfeld@mayerbrown.com

April 3, 2014

VIA ELECTRONIC COURT FILING

Mr. Michael E. Gans, Clerk of Court
Thomas F. Eagleton Courthouse
Room 24.329
111 South 10th Street
St. Louis, MO 63102

Re:  *Zayed v. Associated Bank, N.A.*,
      No. 13-3388

Dear Mr. Gans:

I am counsel for Defendant-Appellee Associated Bank, N.A., in the above-captioned appeal. On March 14, 2014, I submitted a letter to notify the Court of my unavailability for certain days during the Court's scheduled oral argument session in April. I am writing to notify the Court that, since then, I have become unavailable during the Court's scheduled oral argument session from May 12-16.

I will be unavailable during that time because oral arguments in two other of my cases have since been scheduled for that period by other courts of appeals: on May 14 by the U.S. Court of Appeals for the Fourth Circuit in *Flame S.A. v. Freight Bulk Pte. Ltd.*, No. 14-1189; and on May 16 by the U.S. Court of Appeals for the Second Circuit in *Retirement Board v. Bank of New York Mellon*, Nos. 13-1776, 13-1777.

Thank you for your consideration in this matter.

Sincerely,

      /s/ *Charles Rothfeld*
         Charles Rothfeld

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.

## CERTIFICATE OF SERVICE

 The undersigned counsel for Defendant-Appellee certifies that the foregoing letter regarding availability for oral argument was served via the Court's electronic CM/ECF system on April 3, 2014.

Dated: April 3, 2014       <u>/s/ *Charles Rothfeld*</u>
               Charles Rothfeld
               MAYER BROWN LLP